6 A.3d 500

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Louis GARZONE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 14, 2010.

*ORDER*

PER CURIAM.

**AND NOW**, this 14th day of October 2010, the Petition for Allowance of Appeal is **GRANTED**. The issue, as phrased by Petitioner, is:

Did the Superior Court err in removing the cost of employing county detectives and assistant district attorneys from

the trial court's discretion to impose prosecution expenses on a convicted offender?

This matter is to be consolidated with *Commonwealth v. Gerald Garzone*, 607 Pa. 324, 6 A.3d 499 (2010).